AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert W. Johnson,<br>*Plaintiff,*<br>v.<br>South Carolina Department of Social Services -<br>York County,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.   0:24-cv-04731-JDA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, Robert W. Johnson, take nothing of the defendant, South Carolina Department of Social Services - York County, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Jacquelyn D. Austin, United States District Judge, presiding. The Court having accepted the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal.

Date:   October 29, 2024                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                      s/ A. Snipes
                                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*